[No. 30930-7-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01493-5, James D. McCutcheon, Jr., J., entered June 18, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 34395-5-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *on the Relation of A.K.H.*, *Respondent*, v. NANCY TRI HAMMONS, *Appellant*, OWEN MEREDITH HENDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-5-00298-4, David F. Hulbert, J., entered March 9, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 31601-0-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARDO YENEZ NANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05994-1, Jim Bates, J., entered September 22, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32623-6-I. Division One. September 12, 1994.]

JOSEPH C. FINLEY, ET AL, *Appellants*, v. EUGENE D. SELIGMANN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-04162-6, Peter Jarvis, J., entered April 12, 1994. *Reversed* by unpublished per curiam opinion.